No. 152. EL DORADO OIL WORKS v. McCOLGAN, FRANCHISE TAX COMMISSIONER.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. *Butler Bros.* v. *McColgan,* 315 U. S. 501; *International Harvester Co.* v. *Evatt,* 329 U. S. 416. *W. S. Culbertson* and *W. F. Williamson* for appellant. *Fred N. Howser,* Attorney General of California, and *James E. Sabine,* Deputy Attorney General, for appellee.

